## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

BRIESE LICHTTECHNIK VERTRIEBS GMBH, and Hans–Werner Briese, Plaintiffs–Cross–Appellants,

v.

Brent LANGTON, B2PRO, Key Lighting, Inc., Sergio Ortiz, and Edward C. Schewe, Defendants–Appellants.

Nos. 2014–1253, 2014–1265.

United States Court of Appeals, Federal Circuit.

Jan. 9, 2015.

Gary Serbin, Hogan Lovells U.S. LLP, of New York, NY, argued for plaintiffs-cross-appellants. With him on the brief were Eric J. Lobenfeld, Nicole Nussbaum; and Frederick Liu of Washington, DC.

Edward C. Schewe, Schewe & Associates, of Manhattan Beach, CA, argued for defendants-appellants.

PROST, Chief Judge, O'MALLEY and TARANTO, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

HEAR–WEAR TECHNOLOGIES, LLC, Appellant,

v.

K/S HIMPP, Appellee.

No. 2014–1369.

United States Court of Appeals, Federal Circuit.

Jan. 9, 2015.

Jonathan S. Franklin, Fulbright & Jaworski, LLP, of Washington, DC, argued for appellant. Of counsel on the brief was Sheila Kadura, of Austin, Texas.

Robert Greene Sterne, Sterne, Kessler, Goldstein & Fox, PLLC, of Washington, DC, argued for appellee. With him on the brief were Jon E. Wright and Jason D. Eisenberg.

PROST, Chief Judge, BRYSON and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* **Fed. Cir. R. 36.**

**GUZIK TECHNICAL ENTERPRISES, INC., Plaintiff–Appellant,**

v.

**WESTERN DIGITAL CORPORATION, Western Digital Technologies, Inc., Western Digital (Fremont) Inc., Western Digital (Thailand) Company Limited, And Western Digital (Malaysia) SDN.BHD., Defendants–Appellees.**

No. 2014–1421.

United States Court of Appeals, Federal Circuit.

Jan. 9, 2015.

A. Marisa Chun, McDermott, Will & Emery, LLP, of Menlo Park, CA, argued for plaintiff-appellant. With her on the brief were Daniel E. Alberti and Eric W. Hagen. Of counsel were M. Miller Baker, of Washington, DC, and Natalie A. Bennett, of Chicago, IL.

Douglas E. Lumish, Latham & Watkins, LLP, of Menlo Park, CA argued for defendants-appellees. With him on the brief were Richard G. Frenkel and Michelle P. Woodhouse; and James L. Day, of San Francisco, CA.

O'MALLEY, BRYSON, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* **Fed. Cir. R. 36.**

**Charles R. FULLMER, Claimant–Appellant,**

v.

**Robert A. McDONALD, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2014–7046.

United States Court of Appeals, Federal Circuit.

Jan. 9, 2015.

Zachary Stolz, Robert Vincent Chisholm, Esq., Matthew J. Ilacqua, Chisholm Chisholm & Kilpatrick, Providence, RI,